# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BLANCHE POMERLEAU,

    Plaintiff,

v.                                                                             CASE NO: 8:09-cv-1235-T-26TBM

KMART CORPORATION,

    Defendant.

_____/

KMART CORPORATION,

    Third-Party Plaintiff,

v.

BERGENSONS PROPERTY SERVICES, INC.,

    Third-Party Defendant.

_____/

BERGENSONS PROPERTY SERVICES, INC.,

    Third-Party Plaintiff,

v.

JMK BUILDING MAINTENANCE, INC.,

    Third-Party Defendant.
_____/

# **O R D E R**

Pending before the Court is JMK Building Maintenance, Inc.'s motion to dismiss the third party complaint filed by Bergensons Property Service, Inc. Because the motion raises matters beyond the complaint which this Court cannot consider,[1] and because the allegations of the third party complaint are more than sufficient to raise a right to relief above the speculative level and to state plausible claims for relief for contractual indemnity, common law indemnity, and contribution,[2] it is ordered and adjudged that the Motion to Dismiss (Dkt. 24) is denied. JMK shall file its answer and defenses to the third party complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 1, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See Milburn v. United States, 716 F.2d 762, 765 (11th Cir. 1984).

[2] See Sinaltrainal v. Coca Cola Co., 578 F.3d 1252, 1260-61 (11th Cir. 2009).