UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLANCHE POMERLEAU,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-1235-T-26TBM

KMART CORPORATION,

    Defendant.
_____/

KMART CORPORATION,

    Third-Party Plaintiff,

v.

BERGENSONS PROPERTY SERVICES, INC. and
JMK BUILDING MAINTENANCE, INC.,

    Third-Party Defendants.
_____/

## **O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) KMart's Motion to Compel (Dkt. 39) is denied.

2) Bergensons shall designate its Rule 30(b)(6) witness no later than June 21, 2010.

3) Bergensons shall provide KMart all documents in its possession responsive to KMart's Notice of Taking Deposition no later than June 21, 2010.

4) The deposition of Bergensons' Rule 30(b)(6) witness shall take place at that individual's place of business no later than June 28, 2010.

**DONE AND ORDERED** at Tampa, Florida, on June 11, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record